FORM L53 Notice to File Proof of Claim Due to Possible Recovery of Assets (v.1.06)     08-26338 - D - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**9/18/08**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

sges

# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

Case Number:   08-26338 - D - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Janice Annette Poythress
xxx-xx-5923

1588 Borman Way
Chico, CA 95926

### Deadline to File a Proof of Claim:

Proof of Claim must be received by the Bankruptcy Clerk's Office by **12/19/08**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, the trustee has notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court at the address above on or before the date indicated above. Claims which are not filed by the date indicated above will not be allowed except as otherwise provided by law.

A Proof of Claim form is included with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of your completed Proof of Claim form together with a stamped, self-addressed envelope. There is no fee for filing a Proof of Claim. Any creditor who has filed a Proof of Claim in this case already need not file another.

Dated:
9/18/08

For the Court,
Richard G. Heltzel , Clerk