UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED 05/18/10
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TO: Linda S. Schuette

CASE NO: 08-26338-D-7

IN RE: Janice Annette Poythress

## DOCUMENT REQUEST

The case record indicates that the following document has not been filed with the court. Please provide the court with the document or a letter stating why the document will not be filed at this time.

For the Chapter 7 Trustee:

[ ] Report of trustee at 341 meeting
[ ] Report of no distribution in a no asset case
[ ] Status of asset case (Fresno/Modesto divisions)

For the Office of the U.S. Trustee:

[X] Status of asset case (Sacramento/Fresno divisions)

For the Chapter 13 Trustee:

[ ] Final report (case dismissed)

Other:

[ ] Regarding: _____

Request mailed to: _____

_____

DATED: 05/18/10

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT

BY: _____
Deputy Clerk

cc: [^] File
    [ ] U.S. Trustee

EDC 004-866 [Shelly]